JEFFREY PITEGOFF, ESQ.
Nevada Bar No. 5458
PITEGOFF LAW OFFICE
911 Buffalo Dr., Suite 201
Las Vegas, NV 89128
Tel No: 702.808.7976
Email: Jpitegoff@yandex.com
*Attorney for University Medical Center and Chasity Travis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL JAY FAIR, individually, </br>Plaintiff, </br></br>v. </br></br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; L. TURLEY P# 15885, individually; A. RYNDAK P# 16540, individually; UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD, individually; JESSE WELLS, individually; CASEY ALLEN ROEHR, individually; HOWARD SHANE, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I – X, and ROES I – X, inclusive </br>Defendants. | Case No.: 2:20-cv-01841-JCM-BNW </br></br>Stipulation For Additional Time To Respond To Complaint. </br></br>(First Extension Requested) |

Defendants, University of Southern Nevada and Chasity Travis, by and through their attorneys at Pitegoff Law Office and Plaintiff Parnell Jay Fair, by and through his attorneys at Lagomarsino Law, hereby agree and stipulate to the following:

/ / /

PAGE **1** OF **2**

That Defendants University Medical Center and Chasity Travis shall have up to and including November 16th, 2020 to file a responsive pleading in this case.

This is the first requested extension in the case and is made in good faith to allow these Defendants to consider how best to respond to the allegations in the Complaint.

DATED this 29th day October, 2020.          DATED this 29th day June, 2017.

**LAGOMARSINO LAW**                          **PITEGOFF LAW OFFICE**

/s/ *David Cameron*                          /s/ *Jeffrey Pitegoff*
DAVEN P. CAMERON, ESQ.                       JEFFREY PITEGOFF, ESQ.
3005 West Horizon Ridge Parkway, #241        911 N. Buffalo Dr., Suite 201
Henderson, Nevada 89052                      Las Vegas, NV 89128
Telephone: (702) 383-2864                    T: (702) 808-7976
Facsimile: (702) 383-0065                    Jpitegoff@yandex.com
aml@lagomarsinolaw.com                       *Attorney for University Medical Center*
daven@lagomarsinolaw.com                     *and Chasity Travis*
*Attorneys for Plaintiff Parnell Jay Fair*

**IT IS SO ORDERED**

**DATED:** 1:29 pm, November 03, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**