**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
DAVEN P. CAMERON, ESQ.
Nevada Bar No. 14179
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
daven@lagomarsinolaw.com
*Attorneys for Plaintiff Parnell Jay Fair*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; L. TURLEY P# 15885, individually; A. RYNDAK P# 16540, individually; UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD, individually; JESSE WELLS, individually; CASEY ALLEN ROEHR, individually; HOWARD SHANE, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I – X, and ROES I – X, inclusive<br><br>Defendants. | CASE NO: 2:20-cv-01841-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE HIS RESPONSE TO DEFENDANT BROCK T. WENTZ, D.O.'S MOTION TO DISMISS (ECF NO. 16)**<br><br>*(First Request)* |

WHEREAS Defendant Brock T. Wentz, D.O. filed his Motion to Dismiss ("Motion") on November 2, 2020 (ECF No. 16) in response to Plaintiff's Complaint (ECF No. 1).

Pursuant to Local Rule IA 6-1(a), the Parties hereby stipulate and agree to extend the deadline for Plaintiff to file his response to Defendant Brock T. Wentz, D.O.'s Motion. The current deadline for Plaintiff to respond to Defendant Brock T. Wentz, D.O.'s Motion is **November 16,**

**2020**. The new deadline for Plaintiff to respond to Defendant Brock T. Wentz, D.O.'s Motion will be **January 31, 2021**.

Good cause exists for the extension because Plaintiff is expecting to receive similar motions to dismiss from other medical provider Defendants who have not yet appeared in this case. Further, given that Plaintiff expects to receive numerous upcoming motions, the Parties believe that, in the interest of judicial economy, it would be prudent for Plaintiff to respond to Defendant Brock T. Wentz, D.O.'s Motion at the same time as he prepares responses to the other expected motions, once all of the other medical provider Defendants have made their appearances in this action and filed their responsive pleadings. Finally, good cause also exists to extend Plaintiff's response deadline to January 31, 2021 because the upcoming holidays will limit the availability for Plaintiff's counsel to draft a comprehensive and meaningful response.

This extension is the first request for an extension and is not submitted for the purpose of delay.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED this 6th day of November, 2020. | DATED this 6th day of November, 2020. |
| **LAGOMARSINO LAW** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ *Daven P. Cameron* | /S/ *MELANIE L. THOMAS* |
| Andre M. Lagomarsino, Esq. (#6711) | Keith A. Weaver, Esq. |
| Daven P. Cameron, Esq. (#14179) | Nevada Bar No. 10271 |
| 3005 West Horizon Ridge Parkway, #241 | Melanie L. Thomas, Esq. |
| Henderson, Nevada 89052 | Nevada Bar No. 12576 |
| *Attorneys for Plaintiff Parnell Jay Fair* | 6385 South Rainbow Blvd. Suite 600 |
| | Las Vegas, Nevada 89118 |
| | *Attorneys for Defendant Brock T. Wentz, D.O.* |

///

///

| | |
|---|---|
| DATED this 6th day of November, 2020. | DATED this 6th day of November, 2020. |
| KAEMPFER CROWELL | PITEGOFF LAW OFFICE |
| /s/ Lyssa Anderson | /s/ Jeffrey I. Pitegoff |
| Lyssa S. Anderson, Esq.<br>Ryan W. Daniels, Esq.<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants LVMPD, Lukas Turley, and Alexander Ryndak* | Jeffrey I. Pitegoff, Esq.<br>911 Buffalo Drive, Suite 201<br>Las Vegas, Nevada 89128<br>*Attorney for Defendants University Medical Center and Chasity Travis* |

DATED this 6th day of November, 2020.

McBRIDE HALL

/s/ Robert McBride
Robert C. McBride, Esq.
8329 West Sunset Road, Suite 260
Las Vegas, Nevada 89113
*Attorney for Defendant Jenna Doud and Jesse Wells*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 9, 2020