KEITH A. WEAVER
Nevada Bar No. 10271
Keith.Weaver@lewisbrisbois.com
MELANIE L. THOMAS
Nevada Bar No. 12576
Melanie.Thomas@lewisbrisbois.com   I recommend granting.
6385 S. Rainbow Boulevard, Suite 6
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Brock T. W*
*D.O.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR, | Case No. 2:20-cv-01841-JCM-BNW |
| Plaintiff, | **[PROPOSED] STIPULATION AND ORDER TO STAY DISCOVERY** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; L. TURLEY P# 15885 individually; A. RYNDAK P# 16540, individually; UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD; individually; JESSE WELLS, individually; SHAIN HOWARD, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I - X, and ROES I - X, inclusive , | |
| Defendants. | |

Plaintiff, PARNELL JAY FAIR, by and through his counsel of record ANDRE M. LAGOMARSINO, ESQ. and DAVEN P. CAMERON, ESQ. of the law firm of LAGOMARSINO LAW; Defendants UNIVERSITY MEDICAL CENTER and CHASITY TRAVIS, through their counsel of record JEFFREY I. PITEGOFF, ESQ. of the law firm of PITEGOFF LAW OFFICE; Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, LUKAS TURLEY, and ALEXANDER RYNDAK, through their counsel of record LYSSA S. ANDERSON, ESQ., RYAN W. DANIELS, ESQ., and KRISTOPHER J.

4832-1323-1318.1

KALKOWSKI, ESQ. of the law firm of KAEMPFER CROWELL; Defendant BROCK T. WENTZ, D.O., through his counsel of record KEITH A. WEAVER, ESQ. and MELANIE L. THOMAS, ESQ. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP; Defendants JENNA DOUD and JESSE WELLS, by and through their counsel of record ROBERT C. MCBRIDE, ESQ. and SEAN M. KELLY, ESQ., of the law firm of MCBRIDE HALL; Defendant SHAIN HOWARD, by and through his counsel of record ANTHONY D. LAURIA, ESQ., of the law firm of LAURIA TOKUNAGA GATES & LINN, LLP, CASEY ALLEN ROEHR, by and through his counsel of record KATHERINE J. GORDON, ESQ., of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, SCOTT KEVIN LEE, by and through his counsel of record JOHN H. COTTON, ESQ. and BRAD J. SHIPLEY, ESQ., of the law firm of JOHN H. COTTON & ASSOCIATES, LTD, hereby stipulate as follows:

1) Discovery shall be stayed pending ruling on the Defendants' motions to dismiss, subject to potential lifting of the stay upon terms and conditions that the parties and the court deem just;

2) The discovery stay shall include all discovery already served, and not yet due, which to-date is as follows:

    a) Plaintiff's First Set Of Requests For Production Of Documents To Jesse Wells;

    b) Plaintiff's First Set Of Interrogatories To Defendant Jesse Wells;

    c) Plaintiff's First Set Of Requests For Production Of Documents To Defendant Chasity Travis;

    d) Plaintiff's First Set Of Interrogatories To Defendant Chasity Travis;

    e) Plaintiff's First Set Of Requests For Production Of Documents To Defendant Casey Roehr;

    f) Plaintiff's First Set Of Interrogatories To Defendant Casey Roehr;

    g) Plaintiff's First Set Of Requests For Production Of Documents To Defendant Shain Howard;

    h) Plaintiff's First Set Of Interrogatories To Defendant Shain Howard;

    i) Plaintiff's First Set Of Requests For Production Of Documents To Defendant University Medical Center;

    j) Plaintiff's First Set Of Interrogatories To Defendant University Medical Center;

    k) Plaintiff's First Set Of Interrogatories To Defendant Jenna Doud;

    l) Plaintiff's First Set Of Requests For Production Of Documents To Defendant Jenna Doud;

    m) Plaintiff's First Set of Requests for Production of Documents to Defendant Las Vegas Metropolitan Police Department;

    n) Defendant Las Vegas Metropolitan Police Department's First Set of Requests for Admissions to Plaintiff;

    o) Defendant Las Vegas Metropolitan Police Department's First Set of Requests for Production of Documents to Plaintiff; and,

    p) Defendant Las Vegas Metropolitan Police Department's First Set of Interrogatories to Plaintiff.

  3) The parties request the Court to set a status check sometime in March 2021, to discuss the pendency of Defendants' motions to dismiss. If the motions to dismiss have not been decided at the time of the status check, the Plaintiff will move to reopen discovery at the status check hearing; however, the Defendants' reserve their right to file a motion to stay discovery pending decision on their motions to dismiss but hereby enter this stipulation to avoid motion practice at this time.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4832-1323-1318.1   3

IT IS SO STIPULATED AND AGREED

| Dated: January 5, 2021 | Dated: January 5, 2021 |
|---|---|
| LAGOMARSINO LAW | KAEMPFER CROWELL |
| /s/ Daven P. Cameron | /s/ Lyssa S. Anderson |
| ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 6711<br>DAVEN P. CAMERON, ESQ.<br>Nevada Bar No. 14179<br>3005 West Horizon Ridge Parkway, #241<br>Henderson, Nevada 89052<br>*Attorneys for Plaintiff* | LYSSA S. ANDERSON, ESQ.<br>Nevada Bar No. 5781<br>RYAN W. DANIELS, ESQ.<br>Nevada Bar No. 13094<br>KRISTOPHER J. KALKOWSKI, ESQ.<br>Nevada Bar No.14892<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants LVMPD, Lukas Turley, and Alexander Ryndak* |
| Dated: January 8, 2021 | Dated: January 5, 2021 |
| PITEGOFF LAW OFFICE | MCBRIDE HALL |
| /s/ Jeffrey Pitegoff | /s/ Sean Kelly |
| JEFFREY I. PITEGOFF, ESQ.<br>Nevada Bar No. 5458<br>911 Buffalo Drive, Suite 201<br>Las Vegas, Nevada 89128<br>Email: jpitegoff@yandex.com<br>*Attorney for Defendants University Medical Center and Chasity Travis* | ROBERT C. MCBRIDE, ESQ.<br>Nevada Bar No.7082<br>SEAN M. KELLY, ESQ.<br>Nevada Bar No. 10102<br>8329 West Sunset Road, Suite 260<br>Las Vegas, Nevada 89113<br>*Attorneys for Defendant Jenna Doud and Jesse Wells* |
| Dated: January 5, 2021 | Dated: January 5, 2021 |
| JOHN H. COTTON & ASSOCIATES, LTD. | LAURIA TOKUNAGA GATES & LINN, LLP |
| /s/ Brad J. Shipley | /s/ Anthony D. Lauria |
| JOHN H. COTTON, ESQ.<br>Nevada Bar No.: 5268<br>BRAD J. SHIPLEY, ESQ.<br>Nevada Bar No. 12639<br>7900 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant Scott Kevin Lee* | ANTHONY D. LAURIA, ESQ.<br>Nevada Bar No.: 4114<br>601 South Seventh Street<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant Shain Howard* |

/ / /

/ / /

| | |
|---|---|
| Dated: January 5, 2021 | Dated: January 5, 2021 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Katherine J. Gordon<br>KATHERINE J. GORDON<br>Nevada Bar No. 5813<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Casey Roehr* | /s/ Melanie L. Thomas<br>KEITH A. WEAVER<br>Nevada Bar No. 10271<br>MELANIE L. THOMAS<br>Nevada Bar No. 12576<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Brock T. Wentz, D.O.* |

ORDER

IT IS ORDERED that the parties' stipulation is GRANTED. Discovery is stayed pending the district judge's ruling on the Defendants' motions to dismiss.

IT IS FURTHER ORDERED that a status check is set for 3/23/2021 at 10:00 AM in LV courtroom 3B by videoconference before Magistrate Judge Brenda Weksler. The hearing will take place via Zoom videoconference. To receive a Zoom invitation, counsel must contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov no later than noon on the day prior to the hearing and no sooner than one week prior to the hearing.

**IT IS SO ORDERED**

**DATED:** 5:20 pm, January 12, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4832-1323-1318.1                         5