**NOTC**
**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorney for Plaintiff Parnell Jay Fair*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR, individually;<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LUKAS TURLEY, individually; ALEXANDER RYNDAK, individually; UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD, individually; JESSE WELLS, individually; CASEY ALLEN ROEHR, individually; SHAIN HOWARD, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I – X, and ROES I – X, inclusive<br><br>Defendants. | CASE NO: 2:20-cv-01841-JCM-BNW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

Please be advised that DAVEN P. CAMERON, ESQ. is no longer associated with LAGOMARSINO LAW. LAGOMARSINO LAW and ANDRE M. LAGOMARSINO ESQ. remain as counsel for the Plaintiff in the above-referenced case.

DATED this 24th day of February, 2021.

**ORDER**

**IT IS SO ORDERED**

**DATED:** 6:37 pm, February 25, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**LAGOMARSINO LAW**

*[signature]*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
*Attorney for Plaintiff Parnell Jay Fair*

Page 1 of 2