**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
DAVEN P. CAMERON, ESQ.
Nevada Bar No. 14179
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
daven@lagomarsinolaw.com
*Attorneys for Plaintiff Parnell Jay Fair*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LUKAS TURLEY, individually; ALEXANDER RYNDAK, individually; UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD, individually; JESSE WELLS, individually; CASEY ALLEN ROEHR, individually; SHAIN HOWARD, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I – X, and ROES I – X, inclusive<br><br>Defendants. | CASE NO: 2:20-cv-01841-JCM-BNW<br><br>**STIPULATION AND<br>ORDER TO EXTEND PLAINTIFF'S<br>DEADLINE TO FILE HIS RESPONSE TO<br>DEFENDANT CASEY ALLEN ROEHR,<br>M.D.'S MOTION TO DISMISS (ECF NO.<br>57) AND JOINDERS THERETO**<br><br>*(First Request)* |

WHEREAS Defendant Casey Allen Roehr, M.D. filed his Motion to Dismiss ("Motion") on January 11, 2021 (ECF No. 57) in response to Plaintiff's Amended Complaint (ECF No. 46).

WHEREAS Defendants University Medical Center d/b/a University Medical Center of Southern Nevada ("UMC") and Chasity Travis filed their Joinder to Defendant Casey Allen Roehr's Motion to Dismiss on January 20, 2021 (ECF No. 65).

WHEREAS Defendant Brock T. Wentz, D.O. filed his Joinder to Defendant Casey Allen Roehr's Motion to Dismiss on January 19, 2021 (ECF No. 64).

WHEREAS Defendant Shain Howard, D.O. filed his Joinder to Defendant Casey Allen Roehr's Motion to Dismiss on January 14, 2021 (ECF No. 63).

WHEREAS Defendants Jenna Doud and Jesse Wells filed their Joinder to Defendant Casey Allen Roehr's Motion to Dismiss on January 14, 2021 (ECF No. 61).

Pursuant to Local Rule IA 6-1(a), the Parties hereby stipulate and agree to extend the deadline for Plaintiff to file his response to Defendant Casey Allen Roehr's Motion and Joinders thereto. The current deadline for Plaintiff to respond to Defendant Casey Allen Roehr's Motion is **January 25, 2021**. The new deadline for Plaintiff to respond to Defendant Casey Allen Roehr's Motion will be **February 4, 2021**.

Good cause exists for the extension because Plaintiff requires a thorough and thoughtful response. Plaintiff's counsel currently is under competing deadlines, including preparation for an upcoming trial, depositions, and briefing deadlines. As an office of only three (3) attorneys, these competing deadlines put additional strain on counsel to ensure briefing is thoroughly and thoughtfully compiled. Moreover, one of the attorneys in the plaintiff's office has recently returned from a two-week quarantine and recovery from COVID-19. As a result, the other two attorneys in the office had to cover other deadlines. Finally, the office is typically staffed with an additional law clerk who has recently left the office to extern for the United States District Court leaving the office temporarily shorthanded.

/ / /

/ / /

1  This extension is the first request for an extension and is not submitted for the purpose of
2  delay.

3  **IT IS SO STIPULATED AND AGREED.**

4  DATED this 22nd day of January, 2021.                      DATED this 22nd day of January, 2021.

5  LAGOMARSINO LAW                                             LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7   /s/ *Daven P. Cameron*                                       /s/ *Melanie L. Thomas*
8  Andre M. Lagomarsino, Esq. (#6711)                          Keith A. Weaver, Esq.
   Daven P. Cameron, Esq. (#14179)                             Melanie L. Thomas, Esq.
9  3005 West Horizon Ridge Parkway, #241                       6385 South Rainbow Blvd. Suite 600
   Henderson, Nevada 89052                                     Las Vegas, Nevada 89118
10 *Attorneys for Plaintiff Parnell Jay Fair*                  *Attorneys for Defendant Brock T. Wentz, M.D.*

11 DATED this 22nd day of January, 2021.                       DATED this 22nd day of January, 2021.

12 KAEMPFER CROWELL                                             PITEGOFF LAW OFFICE

13
    /s/ *Ryan W. Daniels*                                       /s/ *Jeffrey I. Pitegoff*
14 Lyssa S. Anderson, Esq.                                     Jeffrey I. Pitegoff, Esq.
   Ryan W. Daniels, Esq.                                       911 Buffalo Drive, Suite 201
15 1980 Festival Plaza Drive, Suite 650                        Las Vegas, Nevada 89128
16 Las Vegas, Nevada 89135                                     *Attorney for Defendants University Medical*
   *Attorneys for Defendants LVMPD, Lukas Turley,*             *Center and Chasity Travis*
17 *and Alexander Ryndak*

18 DATED this 22nd day of January, 2021.                       DATED this 22nd day of January, 2021.

19
   McBRIDE HALL                                                JOHN H. COTTON & ASSOCIATES, LTD.
20

21  /s/ *Sean M. Kelly*                                         /s/ *Brad J. Shipley*
   Robert C. McBride, Esq.                                     John H. Cotton, Esq.
22 Sean M. Kelly, Esq.                                         Brad J. Shipley, Esq.
23 8329 West Sunset Road, Suite 260                            7900 West Sahara Avenue, Suite 200
   Las Vegas, Nevada 89113                                     Las Vegas, Nevada 89117
24 *Attorney for Defendant Jenna Doud*                         *Attorneys for Defendant Scott Kevin Lee*
   *and Jesse Wells*
25

26

27  / / /

28  / / /

DATED this 22nd day of January, 2021.                    DATED this 22nd day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP        LAURIA TOKUNAGA GATES & LINN, LLP

 /s/ Katherine J. Gordon                                 /s/ Anthony D. Lauria
Katherine J. Gordon, Esq.                               Anthony D. Lauria, Esq.
6385 South Rainbow Blvd., Suite 600                     601 South Seventh Street
Las Vegas, NV 89118                                     Las Vegas, Nevada 89101
*Attorney for Dr. Casey Roehr, M.D.*                    *Attorney for Defendant Shain Howard*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 26, 2021