MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
**SALTZMAN MUGAN DUSHOFF**
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail:    mdushoff@nvbusinesslaw.com
           wgonzales@nvbusinesslaw.com

Attorneys for Defendants
UNIVERSITY MEDICAL CENTER, d/b/a UNIVERSITY
MEDICAL CENTER OF SOUTHERN NEVADA and
CHASITY TRAVIS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PARNELL JAY FAIR, individually, | CASE NO. 2:20-cv-01841-JCM-BNW |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LUKAS TURLEY, individually; ALEXANDER RYNDAK, individually; UNIVERSITY MEDICAL CENTER, d/b/a UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD, individually; JESSE WELLS, individually; CASEY ALLEN ROEHR, individually; SHAIN HOWARD, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I – X, and ROES I – X, inclusive, | **SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

Defendants, **University Medical Center, d/b/a University Medical Center of Southern Nevada** and **Chasity Travis**, hereby substitute Matthew T. Dushoff, Esq., and William A.

Gonzales, Esq., of the law firm of Saltzman Mugan Dushoff, as their attorneys of record in the above-entitled action in the place and stead of Jeffrey Pitegoff, Esq., of the law firm of Pitegoff Law Office.

DATED this 9th day of April, 2021.

UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA

By _____
James Conway
Its Assistant General Counsel

_____
CHASITY TRAVIS

I hereby consent to the substitution of Matthew T. Dushoff, Esq., and William A. Gonzales, Esq., of the law firm of Saltzman Mugan Dushoff, as attorneys of record for **Defendants, University Medical Center, d/b/a University Medical Center of Southern Nevada and Chasity Travis** in the above-entitled action, in the place and stead of Jeffrey Pitegoff, Esq., of the law firm of Pitegoff Law Office.

DATED this 1st day of April, 2021.

PITEGOFF LAW OFFICE

By _____
JEFFREY PITEGOFF, ESQ.
Nevada Bar No. 005458
7765 W. Rosada Way
Las Vegas, Nevada 89149

Matthew T. Dushoff, Esq., and William A. Gonzales, Esq., of the law firm of Saltzman Mugan Dushoff, are duly admitted to practice in this District and agree to be substituted in the place and stead of Jeffrey Pitegoff, Esq., of the law firm of Pitegoff Law Office, in the above-entitled action for Defendants, **University Medical Center, dba University Medical Center of Southern Nevada** and **Chasity Travis**.

DATED this ____ day of _____, 2021.

SALTZMAN MUGAN DUSHOFF

By_____
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
1835 Village Center Circle
Las Vegas, Nevada 89134

Attorneys for Defendants
UNIVERSITY MEDICAL CENTER, d/b/a
UNIVERSITY MEDICAL CENTER OF
SOUTHERN NEVADA and CHASITY
TRAVIS

**APPROVED:**

_____
UNITED STATES JUDGE

DATED: April 13, 2021

*Parnell Jay Fair v. Las Vegas Metropolitan Police Department, et al.*/Case No. 2:20-cv-01841-JCM-BNW
Substitution of Attorney