UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PARNELL JAY FAIR, | Case No. 2:20-CV-1841 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court is defendant Brock Wentz's motion for an order dismissing him from this matter with prejudice (ECF No. 91), to which defendants Jenna A Doud and Jesse Wells joined (ECF No. 92). Plaintiff Parnell Fair did not respond, and the time to do so has passed.

On September 16, 2021, this court ordered that Fair's claims against defendants Wentz, Doud, Wells, Shain Howard, Scott Lee, Casey Roehr, Chastity Travis, and University Medical Center ("UMC") be dismissed without prejudice. The court further granted Fair leave to amend his complaint within 21 days and warned that failure to do so would result in dismissal of those defendants with prejudice. Ninety days have now passed, and Fair has not amended his complaint or otherwise moved this court for relief.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Wentz's motion (ECF No. 91) be, and the same hereby is GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that Fair's claims are dismissed against defendants Wentz, Doud, Wells, Howard, Lee, Roehr, Travis, and UMC, with prejudice.

DATED December 20, 2021.

_____
UNITED STATES DISTRICT JUDGE