**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorneys for Plaintiff Parnell Jay Fair*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL JAY FAIR, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LUKAS TURLEY, individually; ALEXANDER RYNDAK, individually; DOES I – X, and ROES I – X, inclusive<br><br>Defendants. | CASE NO: 2:20-cv-01841-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S PARTIAL OPPOPSITION TO PLAINTIFF'S RENEWED MOTION FOR LEAVE TO AMEND COMPLAINT (ECF NO. 101)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that Plaintiff Parnell Jay Fair shall have up to and including March 22, 2022, to file a reply to Defendant's Partial Opposition to Plaintiff's Renewed Motion for Leave to Amend Complaint.

…

…

…

…

…

…

This is Plaintiff's first request for an extension and is made in good faith to allow Plaintiff to prepare a proper reply. Good cause exists because Plaintiff's counsel conducted an all-day deposition during the reply period and, additionally, is out of the jurisdiction for 3 days during the reply period. As a result, he has been unable to devote adequate time to drafting a reply brief.

DATED this 14th day of March 2022

/s/ Andre M. Lagomarsino

**LAGOMARSINO LAW**
Andre M. Lagomarsino, Esq. (#6711)
Cory M. Ford, Esq. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Parnell Fair*

DATED this 14th day of March 2022

/s/ Ryan W. Daniels

**KAEMPFER CROWELL**
Lyssa S. Anderson, Esq. (#5781)
Ryan W. Daniels, Esq. (#13094)
Kristopher J. Kalkowski, Esq. (#14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorneys for Defendants LVMPD, Lukas Turley, and Alexander Ryndak*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: March 15, 2022