LEWIS BRISBOIS BISGAARD & SMITH LLP
KEITH A. WEAVER
Nevada Bar No. 10271
Keith.Weaver@lewisbrisbois.com
XIAO WEN JIN
Nevada Bar No. 13901
XiaoWen.Jin@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Brock T. Wentz, D.O.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; L. TURLEY P# 15885 individually; A. RYNDAK P# 16540, individually; UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD; individually; JESSE WELLS, individually; HOWARD SHANE, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I - X, and ROES I - X, inclusive ,<br><br>        Defendants. | Case No. 2:20-cv-01841-JCM-BNW<br><br>**DEFENDANT BROCK T. WENTZ, D.O.'S MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC FILING SYSTEM** |

/ / /

/ / /

/ / /

/ / /

/ / /

4868-8182-6838.1

Defendant Brock T. Wentz, D.O., by and through his counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully requests that he be removed from the CM/ECF service list for the above-captioned case. Defendant Brock T. Wentz, D.O., has been dismissed from this case with prejudice on December 20, 2021. Thus, counsel no longer needs to remain on the service list for this instant case.

DATED this 15th day of March, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Keith A. Weaver
KEITH A. WEAVER
Nevada Bar No. 10271
XIAO WEN JIN
Nevada Bar No. 13901
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Brock T. Wentz, D.O.*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 10:34 am, March 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4868-8182-6838.1                                        2

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2022, a true and correct copy of **DEFENDANT BROCK T. WENTZ, D.O.'S MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC FILING SYSTEM** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

| | |
|---|---|
| Andre M. Lagomarsino, Esq.<br>Daven P. Cameron, Esq.<br>LAGOMARSINO LAW<br>3005 West Horizon Ridge Parkway, #241<br>Henderson, Nevada 89052<br>Tel: 702-383-2864<br>Fax: 702-383-0065<br>Email: aml@lagomarsinolaw.com<br>         daven@lagomarsinolaw.com<br>*Attorneys for Plaintiff* | John H. Cotton, Esq.<br>Brad J. Shipley, Esq.<br>JOHN H. COTTON & ASSOCIATES, LTD.<br>7900 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>Tel: 702-832-5909<br>Facsimile: 702-832-5910<br>Email: jhcotton@jhcottonlaw.com<br>         bshipley@jhcottonlaw.com<br>*Attorneys for Defendant Scott Kevin Lee, M.D.* |
| Lyssa S. Anderson, Esq.<br>Ryan W. Daniels, Esq.<br>Kristopher J. Kalkowski, Esq.<br>KAEMPFER CROWELL<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>Tel: 702-792-7000<br>Fax: 702-796-7181<br>Email: landerson@kcnvlaw.com<br>         rdaniels@kcnvlaw.com<br>         kkalkowski@kcnvlaw.com<br>*Attorneys for Defendants LVMPD, Lukas Turley, and Alexander Ryndak* | Jeffrey Pitegoff, Esq.<br>PITEGOFF LAW OFFICE<br>911 Buffalo Drive, Suite 201<br>Las Vegas, NV 89128<br>Tel: 702-808-7976<br>Email: jpitegoff@yandex.com<br>*Attorney for Defendants University Medical Center and Chastity Travis* |
| Robert C. McBride, Esq.<br>Sean M. Kelly, Esq.<br>McBRIDE HALL<br>8329 West Sunset Road, Suite 260<br>Las Vegas, NV 89113<br>Tel: 702-792-5855<br>Fax: 702-796-5855<br>Email: rcmcbride@mcbridehall.com<br>         smkelly@mcbridehall.com<br>*Attorneys for Defendants Jenna Doud and Jesse Wells* | Anthony D. Lauria, Esq.<br>LAURIA TOKUNAGA GATES & LINN, LLP<br>601 South Seventh Street<br>Las Vegas, NV 89101<br>Tel: 702-387-8633<br>Fax: 702-387-8635<br>Email: alauria@ltglaw.net<br>*Attorney for Defendant Shain Howard* |

Katherine J. Gordon, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Tel: 702-693-4336
Fax: 702-893-3789
Email: katherine.gordon@lewisbrisbois.com
*Attorney for Defendant Casey Roehr*

By   /s/ Jeannette Versoza
      An Employee of
      LEWIS BRISBOIS BISGAARD & SMITH LLP

4868-8182-6838.1

4