ROBERT C. MCBRIDE, ESQ.
Nevada Bar No. 7082
SEAN M. KELLY, ESQ.
Nevada Bar No. 10102
McBRIDE HALL
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada  89113
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855
E-mail:  rcmcbride@mcbridehall.com
E-mail:  smkelly@mcbridehall.com
Attorneys for Defendants,
*Jesse Wells, M.D. and Jenna A. Doud, PA-C*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL JAY FAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; L. TURLEY P# 15885, individually; A RYNDAK P# 16540, individually; UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD, individually; JESSE WELLS, individually; CASEY ALLEN ROEHR, individually; HOWARD SHANE, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I-X, and ROES I-X, inclusive<br><br>Defendants. | CASE NO.:  2:20-cv-01841-JCM-BNW<br><br>**DEFENDANTS JESSE WELLS, M.D. AND JENNA A. DOUD, PA-C'S MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC FILING SYSTEM** |

COME NOW Defendants, JESSE WELLS, M.D. and JENNA A. DOUD, PA-C, by and through their attorneys of record, ROBERT C. MCBRIDE, ESQ. and SEAN M. KELLY, ESQ. of the law firm of McBRIDE HALL, and hereby respectfully requests that they be removed from the CM/ECF service list for the above-captioned case. Defendants, Jesse Wells, M.D. and Jenna A. Doud, PA-C, have been dismissed from this case with prejudice on December 20, 2021. Thus,

1 | counsel no longer needs to remain on the service list for this instant case.

2 |      DATED this 29th day of March, 2022.

                         McBRIDE HALL

                         */s/Sean M. Kelly*
                         _____
                         ROBERT C. MCBRIDE, ESQ.
                         Nevada Bar No. 7082
                         SEAN M. KELLY, ESQ.
                         Nevada Bar No. 10102
                         8329 W. Sunset Road, Suite 260
                         Las Vegas, Nevada  89113
                         Attorneys for Defendants,
                         *Jesse Wells, M.D. and Jenna A. Doud, PA-C*

## ORDER

**IT IS SO ORDERED**

**DATED:** 2:47 pm, March 30, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March 2022, I served a true and correct copy of the foregoing DEFENDANTS JESSE WELLS, M.D. AND JENNA A. DOUD, PA-C'S MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC FILING SYSTEM via the United States District Court CM/ECF system to all parties or persons requiring notice.

| | |
|---|---|
| Andre M. Lagomarsino, Esq.<br>LAGOMARSINO LAW<br>3005 West Horizon Ridge Parkway, #241<br>Henderson, Nevada 89052<br>aml@lagomarsinolaw.com<br>*Attorneys for Plaintiff* | Lyssa S. Anderson, Esq.<br>Ryan W. Daniels, Esq.<br>Kristopher J. Kalkowski, Esq.<br>KAEMPFER CROWELL<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, Nevada 89135<br>landerson@kcnvlaw.com<br>RDaniels@kcnvlaw.com<br>kkalkowski@kcnvlaw.com<br>*Attorneys for Defendants LVMPD, Lukas Turley and Alexander Ryndak* |
| Anthony D. Lauria, Esq.<br>LAURIA TOKUNAGA GATES & LYNN LLP<br>601 South Seventh Street<br>Las Vegas, Nevada 89101<br>alauria@ltglaw.net<br>*Attorneys for Defendant Shain Howard* | Matthew T. Dushoff, Esq.<br>William A. Gonzales, Esq.<br>SALTZMAN MUGAN DUSHOFF<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>mdushoff@nvbusinesslaw.com<br>wgonzales@nvbusinesslaw.com<br>*Attorneys for Defendants University Medical Center and Chasity Travis* |
| John H. Cotton, Esq.<br>Brad J. Shipley, Esq.<br>JOHN H. COTTON & ASSOCIATES<br>7900 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>Jhcotton@jhcottonlaw.com<br>bshipley@jhcottonlaw.com<br>*Attorneys for Defendant Scott Kevin Lee* | Katherine J. Gordon, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>Katherine.gordon@lewisbrisbois.com<br>*Attorneys for Defendant Casey Allen Roehr, M.D.* |

/s/Madeline VanHeuvelen

An Employee of *McBRIDE HALL*