S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
*Casey Allen Roehr, M.D.*

UNITES STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; L. TURLEY P# 15885, individually; A. RYNDAK P# 16540, individually; UNIVERSITY MEDICAL CENTER, D/B/A UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Nevada Governmental Entity; CHASITY TRAVIS, individually; JENNA A. DOUD, individually; JESSE WELLS, individually; CASEY ALLEN ROEHR, individually; HOWARD SHANE, individually; SCOTT KEVIN LEE, individually; BROCK T. WENTZ, individually; DOES I-X, and ROES I-X, inclusive,<br><br>Defendant. | Case No. 2:20-cv-01841-JCM-BNW<br><br>**MOTION TO REMOVE ATTORNEY S. BRENT VOGEL FROM SERVICE LIST** |

/ / /

/ / /

/ / /

/ / /

/ / /

4853-7017-5766.1

Defendant Casey Allen Roehr, M.D., by and through his counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully requests that he be removed from the CM/ECF service list for the above-captioned case. Defendant Casey Allen Roehr, M.D., has been dismissed from this case with prejudice on September 16, 2021. Thus, counsel no longer needs to remain on the service list for this instant case.

DATED this 2ND day of May, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ S. Brent Vogel
S. BRENT VOGEL
Nevada Bar No. 6858
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant*
*Casey Allen Roehr, M.D.*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 2:34 pm, May 03, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 2ND day of May, 2022, I did cause a true copy of **MOTION TO REMOVE ATTORNEY S. BRENT VOGEL FROM SERVICE LIST** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

**SEE ATTACHED SERVICE LIST**

By /s/ Maria T. San Juan
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4853-7017-5766.1

3

**Fair v. LVMPD**
**Case No.: 2:20-cv-01841-JCM-BNW**
**SERVICE LIST**

| | |
|---|---|
| Andre M. Lagomarsino, Esq.<br>LAGOMARSINO LAW<br>3005 West Horizon Ridge Parkway, #241<br>Henderson, Nevada 89052<br>Tel: 702.383.2864<br>Fax: 702.383.0065<br>aml@lagomarsinolaw.com<br>daven@lagomarsinolaw.com<br>*Attorneys for Plaintiff* | Lyssa S Anderson, Esq.<br>Ryan W. Daniels, Esq.<br>Kristopher J. Kalkowski, Esq.<br>KAEMPFER CROWELL<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>Tel: 702.792.7000<br>Fax: 702.796.7181<br>landerson@kcnvlaw.com<br>RDaniels@kcnvlaw.com<br>kkalkowski@kcnvlaw.com<br>*Attorneys for Defendants Las Vegas Metropolitan Police Department, Lukas Turley and Alexander Ryndak* |
| John H. Cotton, Esq.<br>Brad J. Shipley, Esq.<br>JOHN H. COTTON & ASSOCIATES, LTD.<br>7900 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>Tel: 702.832-5909<br>Fax: 702.832-5910<br>jhcotton@jhcottonlaw.com<br>bshipley@jhcottonlaw.com<br>*Attorneys for Defendant Scott Kevin Lee, M.D.* | Robert C. McBride, Esq.<br>Sean Kelly, Esq.<br>MCBRIDE HALL<br>8329 W. Sunset Rd., Suite 260<br>Las Vegas, NV 89134<br>Tel: 702.792.5855<br>Fax: 702.796.5855<br>rcmcbride@mcbridehall.com<br>smkelly@mcbridehall.com<br>*Attorneys for Defendants Jesse Wells, M.D. and Jenna A. Doud, PA-C* |
| Anthony D. Lauria, Esq.<br>LAURIA TOKUNAGA GATES & LINN, LLP<br>601 S. 7th St.<br>Las Vegas, NV 89101<br>Tel: 702.387.8633<br>Fax: 702.387.8635<br>alauria@ltglaw.net<br>*Attorneys for Defendant Shane Howard, M.D.* | Matthew T. Dushoff, Esq.<br>William A. Gonzales, Esq.<br>SALTZMAN MUGAN DUSHOFF<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>Tel: 702.405.8500<br>Fax: 702.405.8501<br>mdushoff@nvbusinesslaw.com<br>wgonzales@nvbusinesslaw.com<br>*Attorneys for Defendants University Medical Center and Chasity Travis* |