MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
**SALTZMAN MUGAN DUSHOFF**
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail:  mdushoff@nvbusinesslaw.com
         wgonzales@nvbusinesslaw.com

Attorneys for Defendants
UNIVERSITY MEDICAL CENTER, d/b/a UNIVERSITY
MEDICAL CENTER OF SOUTHERN NEVADA and
CHASITY TRAVIS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PARNELL JAY FAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LUKAS TURLEY, individually; ALEXANDER RYNDAK, individually; DOES I – X, and ROES I – X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01841-JCM-BNW<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** |

COME NOW Defendants, UNIVERSITY MEDICAL CENTER, d/b/a UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and CHASITY TRAVIS, by and through their attorneys of record, MATTHEW T. DUSHOFF, ESQ. and WILLIAM A. GONZALES, ESQ. of the law firm of Saltzman Mugan Dushoff, and hereby respectfully request that they be removed from the CM/ECF service list for the above-captioned case. Defendants, University Medical Center, d/b/a University Medical Center of Southern Nevada and Chasity Travis, have been dismissed from this case with prejudice on September 16, 2021 [**#90**], which dismissal was

confirmed on December 20, 2021 [#93]. Thus, counsel no longer needs to remain on the service list for this instant case.

DATED this 3rd day of May, 2022.

SALTZMAN MUGAN DUSHOFF

By /s/ Matthew T. Dushoff
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
1835 Village Center Circle
Las Vegas, Nevada 89134

Attorneys for Defendants
UNIVERSITY MEDICAL CENTER, d/b/a
UNIVERSITY MEDICAL CENTER OF
SOUTHERN NEVADA and CHASITY
TRAVIS

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of May, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

*Parnell Jay Fair v. Las Vegas Metropolitan Police Department*/2:20-cv-01841-JCM-BNW
Motion to Remove Counsel From CM/ECF Service List and Order

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SALTZMAN MUGAN DUSHOFF, and that on the 3rd day of May, 2021, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** in the following manner:

(ELECTRONIC SERVICE)  Pursuant to FRCP 5, LR IC4-1, and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Andre M. Lagomarsino    aml@lagomarsinolaw.com, corrina@lagomarsinolaw.com, cory@lagomarsinolaw.com, denise@lagomarsinolaw.com, fileclerk@lagomarsinolaw.com, jennifer@lagomarsinolaw.com, justin@lagomarsinolaw.com, sydney@lagomarsinolaw.com

Anthony D. Lauria    alauria@ltglaw.net, mperez@ltglaw.net

John H. Cotton    jhcotton@jhcottonlaw.com, bshipley@jhcottonlaw.com, jpincombe@jhcottonlaw.com, tbryson@jhcottonlaw.com

Katherine J Gordon    katherine.gordon@lewisbrisbois.com, maria.sanjuan@lewisbrisbois.com

Kristopher John Kalkowski    kkalkowski@kcnvlaw.com, bjacobs@kcnvlaw.com, landerson@kcnvlaw.com, lcota@kcnvlaw.com, rdaniels@kcnvlaw.com, wapplegate@kcnvlaw.com

Lyssa S Anderson    landerson@kcnvlaw.com, bjacobs@kcnvlaw.com, kkalkowski@kcnvlaw.com, lcota@kcnvlaw.com, rdaniels@kcnvlaw.com, wapplegate@kcnvlaw.com

Matthew T Dushoff    mdushoff@nvbusinesslaw.com, ckishi@nvbusinesslaw.com

Ryan W. Daniels    RDaniels@kcnvlaw.com, bjacobs@kcnvlaw.com, landerson@kcnvlaw.com, lcota@kcnvlaw.com, wapplegate@kcnvlaw.com

Stephen B Vogel    Brent.Vogel@lewisbrisbois.com, heidi.brown@lewisbrisbois.com, maria.sanjuan@lewisbrisbois.com

William A Gonzales    wgonzales@nvbusinesslaw.com, ckishi@nvbusinesslaw.com

*/s/ Cindy Kishi*
An Employee of SALTZMAN MUGAN DUSHOFF