LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Lukas Turley and Alexander Ryndak*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR, individually, | Case No.:   2:20-cv-01841-JCM-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR LEAVE TO CONDUCT A DEPOSITION OF PLAINTIFF PARNELL JAY FAIR** |
| LUKAS TURLEY, individually; ALEXANDER RYNDAK, individually,. | |
| Defendants. | |

Defendants Lukas Turley, and Alexander Ryndak ("LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Plaintiff, Parnell Jay Fair ("Fair"), by and through his counsel, Lagomarsino Law, hereby jointly move for an Order to take Fair's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B).  This Motion is made based upon the pleadings and papers on file, the attached Points and Authorities in conjunction with other such evidence as this Court may require if a hearing is scheduled for this matter.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3236603_1.docx  6943.226

Page 1 of 3

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  ARGUMENT**

Federal Rule of Civil Procedure 30(a)(2)(B) declares that the deposition of a person confined in prison may only be taken by leave of Court.  Fair has recently transitioned from being an inmate at a Nevada Department of Corrections ("NDOC") facility with restrictions.  Fair is still under the supervision of the State of Nevada at Casa Grande Transitional Housing ("Casa Grande").  Counsel for Fair has been coordinating with his case worker at the NDOC and has been informed that due to the restrictions at Casa Grande, Fair cannot appear for his deposition unless it has been ordered by a Court.  As such, the parties jointly request this Court issue an Order allowing the deposition of Fair to be taken at a date agreed by the parties.

Fair's deposition is necessary for the LVMPD Defendants to understand the allegations raised by Fair.  Responses to written discovery requests exchanged between the parties have provided some insight on relevant subjects, but a deposition is the only practical method to obtain critical information regarding Fair's claims and the LVMPD Defendants' defenses.

If this Court grants the parties' request and issues an Order to take Fair's deposition, the deposition will be conducted at a local court reporter's office and/or via remotely with Fair going to his Counsel's Office.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3236603_1.docx  6943.226

Page 2 of 3

## II. CONCLUSION

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), the parties, jointly, respectfully request that the Court issue an Order permitting the deposition of Fair be taken.

DATED this 20th day of September, 2022.          DATED this 20th day of September, 2022.

KAEMPFER CROWELL                                  LAGOMARSINO LAW

By:  /s/ Ryan W. Daniels                          By:  /s/ Cory M. Ford
     LYSSA S. ANDERSON                                 ANDRE M. LAGOMARSINO
     Nevada Bar No. 5781                               Nevada Bar No. 6711
     RYAN W. DANIELS                                   CORY M. FORD
     Nevada Bar No. 13094                              Nevada Bar No. 15042
     KRISTOPHER J. KALKOWSKI                           3005 W. Horizon Ridge Pkwy, Ste. 240
     Nevada Bar No. 14892                              Las Vegas, NV 89052
     1980 Festival Plaza Drive
     Suite 650                                    *Attorneys for Plaintiff*
     Las Vegas, Nevada 89135

*Attorneys for Defendants,
Lukas Turley and Alexander Ryndak*

### ORDER
**IT IS SO ORDERED**

**DATED:** 3:12 pm, September 21, 2022

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3236603_1.docx  6943.226

Page 3 of 3