LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Lukas Turley and Alexander Ryndak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL JAY FAIR, individually, <br><br>Plaintiff, <br><br>vs. <br><br>LUKAS TURLEY, individually; <br>ALEXANDER RYNDAK, individually, <br><br>Defendants. | Case No.:   2:20-cv-01841-JCM-BNW <br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE** <br>**(First Request)** |

Pursuant to LR 6-1 and LR 26-4, Defendants, Lukas Turley and Alexander Ryndak ("LVMPD Defendants") and Plaintiff, Parnell Jay Fair ("Plaintiff") by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the dispositive motion deadline from the current date of March 22, 2023 for an additional three (3) weeks as the Defendants need additional time to prepare their dispositive motions.

    **A.**    **Discovery Completed to Date**

Discovery in this matter is complete and the deadline to complete discovery has passed. The parties have provided their initial Rule 26 Disclosures and produced numerous supplemental disclosures. All written discovery was completed and third-party subpoenas were served. The

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20230308 SAO to Extend Dispo Mtn (1st)- FINAL_AMLedits.docx   6943.226

Page 1 of 3

depositions of each individual Defendant, the Plaintiff, third-party witnesses and experts were taken. The parties timely disclosed expert and rebuttal expert reports.

### B. Discovery Remaining to be Completed

No further discovery is needed.

### C. Reason for Request for Extension of Dispositive Motion Deadline

The parties took some expert depositions close to the close of discovery and deposition transcripts are not yet finalized. In addition, counsel for the LVMPD Defendants has scheduling conflicts due to school closures for spring break. As such, a few additional weeks are needed to prepare dispositive motions.

### D. Proposed Extended Deadline for Dispositive Motions

Accordingly, the parties respectfully request that this Court enter an order as follows:

(1) Dispositive Motions.

The parties request the current deadline of March 22, 2023, be extended to April 12, 2023.

The parties recognize that they are making this request fewer than twenty-one days before the current dispositive motion deadline of March 22, 2023, however the parties submit that good cause and excusable neglect exists for the delay.

LR 26-3 states in relevant part:

> A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

In evaluating excusable neglect, the court considers the following factors: (1) the reason for the delay and whether it was in the reasonable control of the moving party, (2) whether the moving party acted in good faith, (3) the length of the delay and its potential impact on the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20230308 SAO to Extend Dispo Mtn (1st)- FINAL_AMLedits.docx   6943.226

Page 2 of 3

1  proceedings, and (4) the danger of prejudice to the nonmoving party. *See Pioneer Inv. Servs. Co.*
2  *v. Brunswick Assocs.*, 507 U.S. 380, 395 S. Ct. 1489, 123 L.Ed.2d 74 (1993).
3      There is good cause for the requested brief extension as shown above. The parties have
4  acted diligently and have conducted all discovery in this matter. However, some depositions were
5  taken close to the discovery cut off and have caused a slight delay in the receipt of necessary
6  transcripts. Moreover, Defendants Counsel will have some schedule conflicts with family due to
7  school closures for spring break and will not have sufficient time to prepare dispositive motions.
8  Counsel was not aware that an extension would be needed twenty-one (21) days ago. As such, the
9  parties believe that excusable neglect is shown.
10      This request for an extension is made in good faith and joined by all the parties in this case.
11  Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this
12  extension will not delay this case. The extension will allow the Defendants the time needed to
13  prepare their dispositive motions.

DATED this 8th day of March, 2023.                    DATED this 8th day of March, 2023.

KAEMPFER CROWELL                                      LAGOMARSINO LAW

By:   */s/ Lyssa S. Anderson*                         By:   */s/ Andre Lagomarsino*
    LYSSA S. ANDERSON                                    ANDRE LAGOMARSINO
    Nevada Bar No. 5781                                  Nevada Bar No. 6711
    RYAN W. DANIELS                                      CORY FORD
    Nevada Bar No. 13094                                 Nevada Bar No. 15042
    1980 Festival Plaza Drive                            3005 W. Horizon Ridge Pkwy, Ste. 240
    Suite 650                                            Las Vegas, NV  89052
    Las Vegas, Nevada 89135
    **Attorneys for Defendants**                         **Attorneys for Plaintiff**
    **Lukas Turley, and Alexander**
    **Ryndak**

## ORDER

**IT IS SO ORDERED**

**DATED:** 3:49 pm, March 13, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20230308 SAO to Extend Dispo Mtn (1st)- FINAL_AMLedits.docx   6943.226

Page 3 of 3