**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Parnell Jay Fair*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR, individually,<br><br>Plaintiff,<br><br>v.<br><br>LUKAS TURLEY, individually; ALEXANDER RYNDAK, individually;<br><br>Defendants. | CASE NO.: 2:20-cv-01841-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 128 & 129)**<br><br>**(First Request)** |

Plaintiff PARNELL JAY FAIR ("Plaintiff") and Defendants LUKAS TURLEY and ALEXANDER RYNDAK ("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for Plaintiff file his Opposition to (1) *Defendant Lukas Turley's Motion for Summary Judgment* (ECF No. 128) and (2) *Defendant Alexander Ryndak's Motion for Summary Judgment* (ECF No. 129) (the "Motions") shall be extended to May 17, 2023.

On April 12, 2023, Defendants filed their Motions (ECF No. 128 & 129). Plaintiff's Oppositions are currently due on May 3, 2023. However, handling attorney for Plaintiff has a full day deposition scheduled as well as a full day mediation in other matters next week. Additionally, the other two attorneys at the handling attorney's office for Plaintiff are currently out of town for several days. This has resulted in handling attorney for Plaintiff taking on additional duties and tasks

while they are gone. Therefore, the Parties stipulate, and request, an extension up to, and including, May 17, 2023 for Plaintiff to file his Oppositions to the Motions.

This is the first request seeking an extension of the deadline for Plaintiff to respond to Defendants' Motions. This request is made in good faith and is not for the purpose of delay.

DATED this 21st day of April, 2023.  DATED this 21st day of April, 2023.

**LAGOMARSINO LAW**  **KAEMPFER CROWELL**

 /s/ Cory M. Ford  /s/ Lyssa S. Anderson
ANDRE M. LAGOMARSINO, ESQ. (#6711)  LYSSA S. ANDERSON, ESQ. (#5781)
CORY M. FORD, ESQ. (#15042)  RYAN W. DANIELS, ESQ. (#13094)
3005 West Horizon Ridge Pkwy., Suite 241  1980 Festival Plaza Drive, Suite 650
Henderson, Nevada 89052  Las Vegas, Nevada 89135
Telephone: (702) 383-2864  Telephone: (702) 792-7000
*Attorneys for Plaintiff*  *Attorneys for Defendants*
*Parnell Jay Fair*  *Lukas Turley and Alexander Ryndak*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 21, 2023