LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Lukas Turley and Alexander Ryndak*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL JAY FAIR, individually , <br><br> Plaintiff, <br><br> vs. <br><br> LUKAS TURLEY, individually; <br> ALEXANDER RYNDAK, individually, <br><br> Defendants. | Case No.:   2:20-cv-01841-JCM-BNW <br><br> **STIPULATION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** <br> **(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the current deadline of May 31, 2023 for Defendants, Lukas Turley and Alexander Ryndak ("LVMPD Defendants") to file their respective Replies in Support of their Motions for Summary Judgment, [Docket Nos. 128 and 129], for an additional fourteen (14) days; until June 14, 2023.  This is the first requested extension between the parties.  The extension is being requested as the LVMPD Defendants' Counsel requires additional time to prepare the replies due to other contemporaneous deadlines and an absence from the office for a family issue.

The requested extension will not prejudice any party and will allow the LVMPD

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20230524 SAO to Extend Time to File Replies ISO MSJs FINAL.docx   6943.226

Page 1 of 2

Defendants to adequately brief their replies in support of their Motions for Summary Judgment filed with this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 24th day of May, 2023.    DATED this 24th day of May, 2023.

KAEMPFER CROWELL    LAGOMARSINO LAW

By: */s/ Lyssa S. Anderson*    By: */s/ Andre Lagomarsino*
LYSSA S. ANDERSON    ANDRE LAGOMARSINO
Nevada Bar No. 5781    Nevada Bar No. 6711
RYAN W. DANIELS    CORY FORD
Nevada Bar No. 13094    Nevada Bar No. 15042
1980 Festival Plaza Drive    3005 W. Horizon Ridge Pkwy, Ste. 240
Suite 650    Las Vegas, NV 89052
Las Vegas, Nevada 89135

***Attorneys for Defendants Lukas Turley, and Alexander Ryndak***    ***Attorneys for Plaintiff***

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

Dated: May 26, 2023

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20230524 SAO to Extend Time to File Replies ISO MSJs FINAL.docx  6943.226

Page 2 of 2